UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7: 16-CR-84-1D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| CHARLES WASHINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant and for good cause shown, the document docketed at number 36 on CM/ECF is hereby SEALED.

This __31__ day of __July__, 2018.

_____
THE HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE